# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDIUM INNOVATIONS LLC, | |
| Plaintiff, | Civil Action No. 1:13-cv-01488-RGA |
| v. | |
| CIENA CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF DISMISSAL

Plaintiff hereby files this Notice of Dismissal of defendant Ciena Corporation ("Ciena") pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Ciena has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Ciena with prejudice pursuant to Rule 41(a)(1).

Dated:  May 5, 2014

FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin #4241
1220 Market Street, Suite 850
Wilmington, Delaware 19801
Telephone:  (302) 300-4626
tdevlin@farneydaniels.com

Steven R. Daniels (Admitted *Pro Hac Vice*)
Jennifer Towle (Admitted *Pro Hac Vice*)
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
sdaniels@farneydaniels.com
jtowle@farneydaniels.com

                    STAMOULIS & WEINBLATT LLC

                    Stamatios Stamoulis #4606
                    stamoulis@swdelaw.com
                    Richard C. Weinblatt #5080
                    weinblatt@swdelaw.com
                    Stamoulis & Weinblatt LLC
                    Two Fox Point Centre
                    6 Denny Road, Suite 307
                    Wilmington, DE 19809
                    Telephone:  (302) 999-1540

                    *Attorneys for Plaintiff Gordium Innovations LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                    */s/ Timothy Devlin*
                    Timothy Devlin #4241